UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LILIANA CORONADO TORRES, | § | |
| INDIVIDUALLY AND AS | § | |
| REPRESENTATIVE OF THE ESTATE OF | § | |
| DAYANA CORONADO-TORRES AND | § | |
| JOSE RIGOBERTO ARIAS | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:15-cv-00444 |
| | § | |
| IMPERIAL MANUFACTORY LIMITED, | § | |
| TSUEN LEE METALS & PLASTIC TOYS | § | |
| COMPANY LIMITED, ALSO KNOWN AS | § | |
| TSUEN LEE METALS & PLASTIC TOYS | § | |
| CO., LTD., FISHER-PRICE, INC. AND | § | |
| MATTEL, INC. | § | |
|     Defendants. | § | |

## **AGREED MOTION TO DISMISS**

Plaintiffs Liliana Coronado Torres, Individually and as Representative of the Estate of Dayana Coronado-Torres, and Jose Rigoberto Arias and Defendants Fisher-Price, Inc. and Mattel, Inc. respectfully file this agreed motion to dismiss with prejudice and would show the Court as follows:

The parties have agreed to compromise and resolve all matters at issue between them such that the attached Final Judgment should be entered.

Respectfully submitted,

By: */s/ Joe Escobedo, Jr.*
    Mr. Joe Escobedo, Jr.
    State Bar No. 06665850
    S.D. Texas Federal I.D. No. 12203
    ESCOBEDO & CARDENAS, LLP
    3700 N. 10th Street, Suite 210
    McAllen, Texas 78501
    Telephone: (956) 630-2222
    Facsimile: (956) 630-2223
    Email: joe@escobedocardenas.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS LILIANA CORONADO TORRES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAYANA CORONADO-TORRES, DECEASED; AND JOSE RIGOBERTO ARIAS**

By: */s/ Andrew C. Schirrmeister III*
    Andrew C. Schirrmeister, III
    State Bar No. 17750650
    S.D. Texas Federal I.D. No. 5546
    SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP
    Pennzoil Place ~ North Tower
    700 Milam Street, 10th Floor
    Houston, Texas 77002
    Telephone: (713) 221-2500
    Facsimile: (713) 228-3510
    Email: acs@sdablaw.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS FISHER-PRICE, INC. AND MATTEL, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on March 22, 2017, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic filing system on all known counsel of record.

    */s/ Andrew C. Schirrmeister III*
    Andrew C. Schirrmeister III