UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LILIANA CORONADO TORRES, *et al*, § § Plaintiffs, § VS. § IMPERIAL MANUFACTORY LIMITED, § *et al*, § Defendants. § | CIVIL ACTION NO. 7:15-CV-444 |

# FINAL JUDGMENT

On this day the Court considered the Agreed Motion to Dismiss between Plaintiffs Liliana Coronado Torres, Individually and as Representative of the Estate of Dayana Coronado- Torres, and Jose Rigoberto Arias and Defendants Fisher-Price, Inc. and Mattel, Inc., (Dkt. No. 60). The Court considers that, in light of the compromise and resolution of all matters at issue between the Parties, the Order should be granted.

Accordingly, it is hereby **ORDERED** that this action is **DISMISSED**, with prejudice and each party to bear its own costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Final Judgment and provide a true copy to all parties.

SO ORDERED this 23rd day of March, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge